**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF**
**PENNSYLVANIA**

**In RE:**                                                          **Case No.** 16-14145
ROBERT G. FEHR, JR
PATRICIA E. FEHR

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 440 S. LaSalle St. | 3000 Kellway Dr. |
| Suite 2000 | Ste 150 |
| Chicago, IL 60605 | Carrollton, TX 75006 |

Dated: 08/17/2017                                                              /s/ Padma Vaghela

                                                                                              Creditor's Authorized Agent for Fay Servicing LLC