*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert G. Fehr, Jr. and
Patricia E. Fehr
    Debtor(s)

Case No: 16–14145–jkf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion to Approve Permanent Mortgage Loan Modification Filed by Patricia E. Fehr, Robert G. Fehr Jr. Represented by JOSEPH L QUINN (Counsel).

on: 10/19/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/2/17

Timothy B. McGrath
Clerk of Court

46 – 42
Form 167