IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robert G. Fehr, Jr. and Patricia E. Fehr | : | Chapter 13 |
| Debtors | : | Bankruptcy No.: 16-14145-jkf |
| | : | |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Robert G. Fehr, Jr. and Patricia E. Fehr, Debtors in the above- captioned matter.

2. That a Motion to Approve a Permanent Mortgage Loan Modification by and between Debtors and Fay Servicing, LLC was filed with this Court on September 15, 2017.

3. That a copy of the Motion and Notice of Motion was served upon the parties in interest on September 15, 2017.

4. A certificate of service was filed with the Court on September 15, 2017 declaring timely service to the above-referenced parties.

5. A response deadline was set as October 5, 2017.

6. No response to said Motion has been received.

Respectfully Submitted,

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Law Office of Stephen Ross, P.C.
    152 E. High Street, Suite 100
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: October 17, 2017