United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert G. Fehr, Jr.  
Patricia E. Fehr  
    Debtors

Case No. 16-14145-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Oct 19, 2017  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.  
db/jdb       +Robert G. Fehr, Jr.,    Patricia E. Fehr,    1033 Cemetery Road,    Schwenksville, PA 19473-1601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:  
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          JOSEPH L QUINN    on behalf of Joint Debtor Patricia E. Fehr CourtNotices@sjr-law.com  
          JOSEPH L QUINN    on behalf of Debtor Robert G. Fehr, Jr. CourtNotices@sjr-law.com  
          KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com  
          MATTEO SAMUEL WEINER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2015-14BTT bkgroup@kmllawgroup.com  
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                      TOTAL: 7

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Robert G. Fehr, Jr. and  :  Chapter 13
       Patricia E. Fehr  :
          Debtors  :  Bankruptcy No.: 16-14145-SR
            :

## ORDER

AND NOW, after notice and opportunity for hearing, if any, it is hereby ORDERED that Debtors' Motion to Approve the Mortgage Loan Modification Agreement between Debtor and Fay Servicing, LLC, is hereby APPROVED; and,

IT IS FURTHER ORDERED that the proposed Mortgage Loan Modification between Debtor and Fay Servicing, LLC. is hereby APPROVED.

BY THE COURT:

*[signature]*

**Date: October 19, 2017**    UNITED STATES BANKRUPTCY JUDGE