UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                  CASE NO.: 16-14145-jkf
                                                                                        CHAPTER 13
Robert G. Fehr,
a/k/a Robert Glenn Fehr
Debtor,

and

Patricia E. Fehr,
Joint Debtor
_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2015-14BTT ("Secured Creditor"), the undersigned hereby withdraws the following document:

Notice of Mortgage Payment Change pertaining to Claim Number 11, filed on July 24, 2017.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSEPH L QUINN
THE LAW OFFICE OF STEPHEN ROSS PC
152 E. HIGH STREET, SUITE 100
POTTSTOWN, PA  19464

ROBERT G. FEHR, JR.
1033 CEMETERY ROAD
SCHWENKSVILLE, PA  19473

PATRICIA E. FEHR

1033 CEMETERY ROAD
SCHWENKSVILLE, PA 19473

FREDERICK L. REIGLE, ESQ.
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    PA Bar Number 319438
    Email: kbuttery@rascrane.com