```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 16-14145-jkf
Robert G. Fehr, Jr.                                                 Chapter 13
Patricia E. Fehr
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi                 Page 1 of 3                   Date Rcvd: Jan 17, 2020
                              Form ID: 138NEW             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db/jdb         +Robert G. Fehr, Jr.,    Patricia E. Fehr,    1033 Cemetery Road,    Schwenksville, PA 19473-1601
cr             +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
13741860      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13741856       +Bank of America, N.A.,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13741857       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13741858        Berkheimer,   PO Box 25153,    Lehigh Valley, PA 18002-5153
13741864      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
13782908        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13741863       +Cerastes, LLC,    C/O Winstein, Pinson & Riley, PS,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13741867       +Department of Negotiations,    2611 Internet Blvd. #201,    Frisco, TX 75034-9093
13741870       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
14041145      #+Fay Servicing, LLC,    3000 Kellway Drive STE.150,    Carrollton, TX 75006-3357
13741875        Global Credit & Collection Corp.,    PO Box 2888,    Winter Park, FL 32790-2888
13741876       #Hayt Hayt & Landau LLC,    123 S. Broad St,    Suite 1660,    Philadelphia, PA 19109-1003
13741877       +Honorable Maurice H. Saylor,    1881 Swamp Pike,    Gilbertsville, PA 19525-9667
13837590      #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13741880       +Montgomery County Tax Claim Bureau,    C/O Northeast Revenue Services,
                 1 Montgomery Plaza, Ste 610,    Norristown, PA 19401-4855
13741882        Pennsylvania Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
13778744       +Phoenixville Hosptial,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
13741884        Robert E. Little, Inc.,    PO Box 51,    Rt 29 & Little Road,    Zieglerville, PA 19492
13741885       +Superior Credit Union,    PO Box 26159,    Collegeville, PA 19426-0159
13741886       +Superior Cu,   PO Box 26159,    Collegeville, PA 19426-0159
13963695       +WSFS FSB,   c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13741891        Wells Fargo Bank,    Credit Bureau Disp,    Des Moines, IA 50306
13795313        Wells Fargo Bank N.A.,    c/o Karina Velter, Esq.,    Manley Deas Kochalski LLC,    PO Box 165028,
                 Columbus, OH 43216-5028
13835290        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13805361        Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
13741892       +Wells Fargo Bank, N.A.,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                 Portland, OR 97208-3908
13836863        Wilmington Savings Fund Society Trustee (See 410),    P.O. Box 814609,    Dallas, TX 75381-4609
13741893        Youngs,   751 Lumber Street,    PO Box 247,    Green Lane, PA 18054-0247
13776695        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 18 2020 03:49:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2020 03:48:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2020 03:49:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:04     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13741855        E-mail/Text: legal@arsnational.com Jan 18 2020 03:48:13     ARS National Services, Inc.,
                 PO Box 463023,    Escondido, CA 92046-3023
13741853        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2020 03:52:37
                 American InfoSource LP as agent,    PO Box 268941,    Oklahoma City, OK 73126-8941
13741859       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 18 2020 03:50:21     Berks Cc,
                 900 Corporate Dr,    Reading, PA 19605-3340
13741861       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 03:53:51     Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
13741862        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 03:52:16
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13741865        E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jan 18 2020 03:50:14     Collection Center,
                 2011 Miller Road,    Lancaster, PA 17604
13741866       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 18 2020 03:48:15
                 Comenity Bank/Chadwicks Of Boston,    Attention: Bankruptcy,    Po Box 182686,
                 Columbus, OH 43218-2686
13781811        E-mail/Text: mrdiscen@discover.com Jan 18 2020 03:47:57     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0313-2          User: Randi                 Page 2 of 3                  Date Rcvd: Jan 17, 2020
                              Form ID: 138NEW             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13741868       E-mail/Text: mrdiscen@discover.com Jan 18 2020 03:47:57     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13741869      +E-mail/Text: mrdiscen@discover.com Jan 18 2020 03:47:57     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13741871       E-mail/Text: bknotice@ercbpo.com Jan 18 2020 03:49:05     Enhanced Recovery Company, LLC,
                 PO Box 23870,    Jacksonville, FL 32241-3870
13741872       E-mail/Text: data_processing@fin-rec.com Jan 18 2020 03:48:13
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
13741873      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:52:16     GECRB/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13741874      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:50     GECRB/Walmart,   Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13793975       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 18 2020 03:49:13     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13741878      +E-mail/Text: bncnotices@becket-lee.com Jan 18 2020 03:48:02     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13741879      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2020 03:49:01     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13741881      +E-mail/Text: bankruptcygroup@peco-energy.com Jan 18 2020 03:48:12     PECO,   PO Box 13439,
                 Philadelphia, PA 19101-3439
13776705      +E-mail/Text: bankruptcygroup@peco-energy.com Jan 18 2020 03:48:12     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13748656       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 04:13:10
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13741883       E-mail/Text: bk@rgsfinancial.com Jan 18 2020 03:47:56     RGS Financial, Inc.,   PO Box 852039,
                 Richardson, TX 75085-2039
13746405       E-mail/PDF: rmscedi@recoverycorp.com Jan 18 2020 03:53:08
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13741887      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:06     Syncb/care Credit,
                 C/o P.o. Box 965036,    Orlando, FL 32896-0001
13741890      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2020 03:46:31
                 Verizon,    500 Technology Dr,   Ste 550,    Weldon Spring, MO 63304-2225
13741889      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2020 03:46:31
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINE,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100
13741854       American InfoSource LP for Verizon
cr*           +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
13741888*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Unvl/citi,      Attn.: Centralized Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195)
                                                                                              TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: Randi                Page 3 of 3              Date Rcvd: Jan 17, 2020
                             Form ID: 138NEW            Total Noticed: 61
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:

```
              JOSEPH L QUINN    on behalf of Joint Debtor Patricia E. Fehr CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Robert G. Fehr, Jr. CourtNotices@rqplaw.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society kbuttery@rascrane.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING
               BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT
               2015-14BTT bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert G. Fehr, Jr. and Patricia E. Fehr
      Debtor(s)                               Bankruptcy No: 16–14145–jkf
                                                          Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                              For The Court
                                                              Timothy B. McGrath
                                                              Clerk of Court

Dated: 1/17/20

                                                                                      57 – 56
                                                                       Form 138_new