Certificate Number: 05781-PAE-DE-033981516

Bankruptcy Case Number: 16-14145



05781-PAE-DE-033981516

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2020, at 12:56 o'clock PM PST, Robert Fehr completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 21, 2020              By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President