Certificate Number: 05781-PAE-DE-033981516

Bankruptcy Case Number: 16-14145



05781-PAE-DE-033981516

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 21, 2020</u>, at <u>12:56</u> o'clock <u>PM PST</u>, <u>Robert Fehr</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 21, 2020</u>         By:    <u>/s/Allison M Geving</u>

                                                            Name:  <u>Allison M Geving</u>

                                                            Title:  <u>President</u>