United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14145-jkf
Robert G. Fehr, Jr.                                                   Chapter 13
Patricia E. Fehr
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 1            Date Rcvd: Feb 03, 2020
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
14041145       #+Fay Servicing, LLC,    3000 Kellway Drive STE.150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Joint Debtor Patricia E. Fehr CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Robert G. Fehr, Jr. CourtNotices@rqplaw.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society kbuttery@rascrane.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING
               BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT
               2015-14BTT bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14145-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert G. Fehr, Jr.
1033 Cemetery Road
Schwenksville PA 19473

Patricia E. Fehr
1033 Cemetery Road
Schwenksville PA 19473

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/31/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: Fay Servicing, LLC, 3000 Kellway Drive STE.150, Carrollton, TX  75006

Name and Address of Transferee:

U.S. Bank Trust National Association
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/05/20

Tim McGrath
**CLERK OF THE COURT**